In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00360-CR

_____

### PEGGY LYNN GIBSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-23084**

### MEMORANDUM OPINION

On August 5, 2016, the trial court sentenced Peggy Lynn Gibson on a conviction for theft. Gibson filed a notice of appeal on September 30, 2016. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

1

On November 8, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 13, 2016
Opinion Delivered December 14, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2